UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 AUG 10 AM 9:08
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ELIZABETH TAVERNIER,<br><br>                    Defendant. | CASE NO. 07CR1181-JM<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

 XX    the Court has granted the motion of the Government for dismissal without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

___   of the offense(s) of:

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 2, 2007

                                    _____
                                    JEFFREY T. MILLER
                                    UNITED STATES DISTRICT JUDGE

                                    ENTERED ON _____